**FILED**
CLERK, U.S. DISTRICT COURT

3/21/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| UNITED STATES OF AMERICA, | EDCR  5:25-cr-00089-RGK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [8 U.S.C. §§ 1326(a), (b)(2): Alien Found in the United States Following Deportation] |
| JOSE MARGARITO PLIEGO-PINEDA, | |
| Defendant. | |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about November 26, 2023, defendant JOSE MARGARITO PLIEGO-PINEDA, an alien, who had been officially deported and removed from the United States on or about November 3, 2007, August 7, 1998, and June 3, 1991, was found in Riverside County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportations and removals from

the United States occurred subsequent to defendant's conviction for an aggravated felony, namely, Possession for Sale of a Controlled Substance, Cocaine, in violation of California Health and Safety Code Section 11351, on or about December 8, 1988, in the Superior Court of the State of California, County of Orange, Case Number C71179, for which defendant was sentenced to three years' imprisonment.

A TRUE BILL

/S/_____
Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

WILLIAM LARSEN
Assistant United States Attorney
General Crimes Section

2