CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AYAH SARSOUR (Bar No. 340280)
(E Mail: Ayah_Sarsour@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
JOSE MARGARITO PLIEGO-PINEDA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-CR-00089-RGK |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DISMISSING INDICTMENT** |
| JOSE MARGARITO PLIEGO-PINEDA, | |
| Defendant. | |

Defendant, Jose Margarito Pliego-Pineda's motion to dismiss the indictment is GRANTED. The indictment is hereby DISMISSED with prejudice.

DATED:

_____
HONORABLE R. GARY KLAUSNER
United States District Judge

Presented by:


/s/ Ayah A. Sarsour
AYAH A, SARSOUR
Deputy Federal Public Defender

1